UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEONARD PRENTICE

Plaintiff,

v.

STATE OF MINNESOTA
DEPARTMENT OF REVENUE,

Defendant.

CIVIL FILE NO. 01-2127 ADM/AJB

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Having considered the Application to Proceeding Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Amended Application (Docket No. 5) is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Amended Complaint (Docket No. 4), Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: December 12, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed DEC 13 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________